UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTA MOMENTS, Plaintiff, -against- WARDEN (JOHN DOE) RMSC RIKERS ISLAND, Defendant. | 24-CV-7065 (VSB) **ORDER** |

VERNON S. BRODERICK, United States District Judge:

On February 27, 2026, I issued an Order of Service requiring that the New York City Law Department, under *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), provide Plaintiff with sufficient information for her to identify the John Doe Warden in her amended complaint within sixty days of the order. (Doc. 29 at 2.) On April 28, 2026, the New York City Law Department filed that information, (Doc. 31), and served the letter containing that information on the Plaintiff in this action, (Doc. 32). My Order of Service also required that Plaintiff amend her complaint within thirty days of receiving that information to name the John Doe Warden defendant. (Doc. 29 at 2–3.) It is now more than sixty days since the *Valentin* information has been served on the Plaintiff and she has not amended her complaint. Plaintiff is hereby ordered to file a second amended complaint by July 24, 2026 or else I may dismiss this case for failure to prosecute under Fed. R. Civ. P. 41(a)(2).

SO ORDERED.

Dated: July 10, 2026
New York, New York

VERNON S. BRODERICK
United States District Judge