UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BETTA MOMENTS,<br><br>Plaintiff,<br><br>-against-<br><br>WARDEN (JOHN DOE) RMSC RIKERS ISLAND,<br><br>Defendant. | : | 24-CV-7065 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

On February 27, 2026, I issued an Order of Service requiring that the New York City Law Department, under *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), provide Plaintiff with sufficient information for her to identify the John Doe Warden in her amended complaint within sixty days of the order. (Doc. 29 at 2.) On April 28, 2026, the New York City Law Department filed that information, (Doc. 31), and served the letter containing that information on the Plaintiff in this action, (Doc. 32). My Order of Service also required that Plaintiff amend her complaint within thirty days of receiving that information to name the John Doe Warden defendant. (Doc. 29 at 2–3.) On July 10, 2026, I issued an order that Plaintiff "file a second amended complaint by July 24, 2026 or else I may dismiss this case for failure to prosecute under Fed. R. Civ. P. 41(a)(2)." (Doc. 34.) It is now July 31, 2026, and Plaintiff has still failed to file a Second Amended Complaint. This case is hereby dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(a)(2). The Clerk of Court is respectfully directed to terminate the action.

SO ORDERED.

Dated: July 31, 2026
New York, New York

Vernon Broderick

VERNON S. BRODERICK
United States District Judge